

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00244-CV

| | | |
|---|---|---|
| David K. Norvelle, Sylvia Norvelle, and/or all occupants | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2015-000732-1) |
| v. | § | June 23, 2016 |
| Beauly, LLC | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants David K. Norvelle and Sylvia Norvelle shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston